UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FERNANDEZ a.k.a. JORGE MACHADO,<br><br>Petitioner,<br><br>v.<br><br>LAURIE SMITH, et al.,<br><br>Respondents. | Case No. 2:22-cv-07952-JWH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 10). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.[1] The Court **ACCEPTS** the report, findings, and recommendations of the Magistrate Judge.

For completeness, the Court notes that, to the extent THAT Petitioner intended to raise an ineffective assistance of trial counsel claim (*see* Dkt. 1 at 78-79 & 135-36) and an Eighth Amendment cruel and unusual punishment claim (*see* Dkt. 1 at 110-17 & 158-61), the state courts' rejection of these claims was not contrary to, or an unreasonable application of, clearly established federal law. (*See* Dkt. 7-17 at 16 n.12 & 24 n.14). Accordingly, even considering those claims, Petitioner is not entitled to federal habeas relief.

It is therefore **ORDERED** that Judgment be entered **DENYING** the Petition **with prejudice**.

**IT IS SO ORDERED.**

DATED: June 5, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

---

[1] On April 3, 2023, Petitioner filed copies of some pages of the Petition and the complete Report and Recommendation (Dkt. 14), but his filing did not communicate any objections. To the extent that Petitioner intended that filing to constitute objections to the Report and Recommendation, the Court has considered it in its entirety.