JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FERNANDEZ a.k.a. JORGE MACHADO,<br><br>    Petitioner,<br><br>    v.<br><br>LAURIE SMITH, et al.,<br><br>    Respondents. | Case No. 2:22-cv-07952-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DENIED with prejudice**.

**IT IS SO ORDERED.**

DATED: June 5, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2